IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WALTER JASON PURKHISER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-062 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| c/o Anna Ruth Purkhiser; | ) | |
| MATT D. WAGNER; JAMES WESTON; | ) | |
| ALISHA WATON; and | ) | |
| PEGGY I. SHAMP, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 28, 2021, the Court recommended, *inter alia*, this case be dismissed without prejudice and closed. (Doc. no. 10.) Objections to the recommendation were due on July 15, 2021. (Doc. no. 11.) On July 16, 2021, the Clerk of Court received a notice of change of address from Plaintiff that is dated July 12, 2021. (Doc. no. 14.) Although Plaintiff's service copies of the Court's June 28th rulings have not been returned, in an abundance of caution, the Court **DIRECTS** the **CLERK** to reserve a copy of the Court's June 28th rulings, (doc. nos. 10, 11), and include this Order in the same envelope. The Court extends the deadline for filing objections to the June 28th Report and Recommendation to July 30, 2021.

SO ORDERED this 19th day of July, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA