IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WALTER JASON PURKHISER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-062 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| c/o Anna Ruth Purkhiser; | ) | |
| MATT D. WAGNER; JAMES WESTON; | ) | |
| ALISHA WATON; and | ) | |
| PEGGY I. SHAMP, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES AS MOOT** the "motion" for "Habeas Corus,"[1] (doc. no. 9), **DISMISSES** the case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 12th day of August, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court likewise **DENIES AS MOOT** the subsequently filed motions for issuance of subpoenas in support of the "motion" for "Habeas Corus." (Doc. nos. 13, 16.)